# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 25, 2021

## NO. 03-20-00430-CR

**Ex parte Roger Pace**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the district court's order denying Pace's pretrial application for writ of habeas corpus seeking a bail reduction. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.